**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7567**

─────────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RONALD L. BARBER, JR.,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Anderson.  J. Michelle Childs, District Judge.  (8:12-cr-00949-JMC-9)

─────────────

Submitted:  December 17, 2015       Decided:  December 22, 2015

─────────────

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ronald L. Barber, Jr., Appellant Pro Se. Alan Lance Crick, Leesa Washington, Assistant United States Attorneys, Andrew Burke Moorman, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Barber, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Barber, No. 8:12-cr-00949-JMC-9 (D.S.C. Sept. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED